**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EUGENE_____ District of **Oregon**_____
(State)

Case number (*If known*): _____ Chapter **11**____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | HHSP, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Hunter's Hot Springs; Neon Cowboy Lounge; The Medicine Room; |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93 – 2757750 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 18088 US Highway 395 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Lakeview    OR    97630 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Lake County | 18088 US Highway 395 |
| County | Number    Street |
| | Lakeview    OR    97630 |
| | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | neoncowboyroadhouse.com |

Debtor ___HHSP, LLC_____     Case number *(if known)*_____
        Name

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   HHSP, LLC;
_____
Name                                                      Case number (*if known*)_____

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.  District _____ When _____ Case number _____
                                                    MM / DD / YYYY

                  District _____ When _____ Case number _____
                                                    MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes.  Debtor _____ Relationship _____

                   District _____ When  _____
                                                                              MM  /  DD  / YYYY

                   Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that app*ly.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                                              Number        Street

    _____

    _____      _____ _____
    City                                                     State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

                    Contact name _____

                    Phone _____

---

| Statistical and administrative information |
| --- |

---

Debtor      HHSP, LLC
            _____      Case number (if known)_____
            Name

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/12/2026
             MM / DD / YYYY

✖ _____          Printed name_   Gabriel A. Watson
   Signature of authorized representative of debtor

Title _Attorney_____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

Debtor    HHSP, LLC
_____    Case number (if known)_____
          Name

**18. Signature of attorney**

✖ _____    Date    03/12/2026
   Signature of attorney for debtor                MM   / DD / YYYY

Gabriel A. Watson
_____
Printed name

Watson Law Office PC
_____
Firm name

5201 SW Westgate Drive, Suite 201
_____
Number        Street

Portland _____    OR    97221 _____
City                                 State   ZIP Code

503-376-5446 _____         5201 SW Westgate Drive, Suite 201
Contact phone                           Email address

190401 _____      Oregon _____
Bar number                              State

Gabriel A. Watson, OSB No. 190401
Watson Law Office, PC
5201 SW Westgate Dr., Suite 201
Portland, OR 97221
Tel. (503) 404-3998
Email: gaw@watsonlawpc.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br><br>　　　Debtor. | Case No.:<br><br>DEBTOR'S CORPORATE<br>OWNERSHIP STATEMENT |

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows

  **1)** Name of the Debtor Filing the Corporate Ownership Statement: HHSP, LLC

  **2)** Corporate Status: Single member, member managed, Oregon limited liability company.

  **3)** Owner:.  No other party and no corporations have any other ownership interest in HHSP, LLC.

Dated: March 15, 2026

　　　　　　　　　　　　　　　　　　/s/ Gabriel A. Watson
　　　　　　　　　　　　　　　　　　Gabriel A. Watson, OSB No. 190401
　　　　　　　　　　　　　　　　　　Watson Law Office, PC
　　　　　　　　　　　　　　　　　　5201 SW Westgate Drive, Suite 201
　　　　　　　　　　　　　　　　　　Portland, OR 97221
　　　　　　　　　　　　　　　　　　Tel. 503-404-3998
　　　　　　　　　　　　　　　　　　Email: gaw@watsonlawpc.com
　　　　　　　　　　　　　　　　　　Attorney for the Debtors

**Page 1 of 1**
Corporate Ownership Statement

Watson Law Office PC
5201 SW Westgate Drive, Suite 201
Portland, OR 97213
Tel: (503) 404-3998

Gabriel A. Watson, OSB No. 190401
Watson Law Office, PC
5201 SW Westgate Dr., Suite 201
Portland, OR 97221
Tel. (503) 404-3998
Email: gaw@watsonlawpc.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| In re: HHSP, LLC<br><br><br>        Debtor. | Case No.:<br><br>Chapter 11, Subchapter V<br><br>**STATEMENT UNDER PENALTY OF PERJURY REGARDING UNAVAILABLE FINANCIAL DOCUMENTS** |

Pursuant to 11 U.S.C. Sec. 1116(1)(B) and 1187(a), the Debtor states under penalty of perjury as follows:

1. No balance sheet has been prepared.
2. No statement of operations has been prepared.
3. No cash-flow statement has been prepared.
4. No federal income tax return has been filed.

Dated: March 15, 2026

/s/ Gabriel A. Watson
Gabriel A. Watson, OSB No. 190401
Watson Law Office, PC
5201 SW Westgate Drive, Suite 201
Portland, OR 97221
Tel. 503-404-3998
Email: gaw@watsonlawpc.com
Attorney for the Debtors

**Page 1 of 2**
Statement Regarding Unavailable Financial Documents

Watson Law Office PC
5201 SW Westgate Drive, Suite 201
Portland, OR 97213
Tel: (503) 404-3998

Creditor Mailing List

TMN Development LLC
13416 Fielding Road
Lake Oswego, OR 97034

Watson Law Office PC
5201 SW Westgate Drive, Suite 201
Portland, Oregon 97221

Snell & Wilmer
Moda Tower
601 SW Second Avenue
Suite 2000
Portland, OR 97204